FILED
Jan 06, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY GARCIA ET AL,<br><br>Defendants. | CASE NO. 1:22-CR-00331-ADA-BAM<br><br>ORDER PARTIALLY UNSEALING INDICTMENT; FILE REDACTED COPY |

    The United States having applied to this Court for the indictment and arrest warrants in the above-captioned proceedings to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrant with respect to Johnny Garcia and Jose Garcia now having been executed and the need for sealing with respect to them having ceased;

    IT IS ORDERED that the indictment and arrest warrants filed in the above-entitled matter shall be unsealed as to Johnny Garcia and Jose Garcia, the United States shall file a copy of the indictment on the public docket that is redacted to conceal the identity of the co-defendant who has not yet been apprehended. The unredacted indictment shall remain sealed.

Dated: January 6, 2023

*B. McAuliffe*
HON. BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE