PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE DEL VILLAR,<br><br>                    Defendants. | CASE NO.  1:22-CR-00331-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>CURRENT DATE: February 14, 2024<br>TIME: 1:00 p.m.<br><br>COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 14, 2024.

2. By this stipulation, JOSE DEL VILLAR now moves to continue the status conference until May 8, 2024, and to exclude time between February 14, 2024, and May 8, 2024.

3. The parties agree that by the May 8, 2024 status conference date, the parties will be prepared to set the case for a change of plea hearing or a trial.

4. The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes investigative reports, cell phone extractions, and other media evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  The government also has made available at its office confidential supplemental

discovery for defense counsel to review pursuant to a protective order.

b)  In addition, the government has recently obtained a small amount of supplemental discovery, including phone records.  The government needs time to produce this discovery and defense needs time to review it.  Finally, defense counsel needs additional time to review the confidential discovery at the government's office.

c)  Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the charges, review and copy discovery for this matter, discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial. The defendant also requests this additional time to discuss resolution with the government.

d)  Counsel for defendant believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)  The government does not object to the continuance.

f)  The defendant is not in custody pending trial.

g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 14, 2024 to May 8, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 6, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated:  February 6, 2024

/s/ Griffin Estes
Griffin Estes
Counsel for Defendant
Jose Del Villar

## **ORDER**

IT IS SO ORDERED that the status conference is continued from February 14, 2024, to **May 8, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  __**February 6, 2024**__          ____ /s/ Barbara A. McAuliffe ____

UNITED STATES MAGISTRATE JUDGE