1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   GRIFFIN ESTES, CA Bar #322095
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    JOSE DEL VILLAR

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. 1:22-cr-00331-NODJ-BAM

12             Plaintiff,                   STIPULATION TO CONTINUE CHANGE OF
                                            PLEA HEARING; ORDER
13  vs.

14  JOSE DEL VILLAR,

15             Defendant.

16  _____

17

18        IT IS HEREBY STIPULATED, by and between the parties through their respective

19  counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

20  Federal Defender Griffin Estes, counsel for Jose Del Villar, that the change of plea hearing

21  currently scheduled for August 26, 2024, may be continued to October 7, 2024, at 8:30 a.m.

22        Counsel for Mr. Del Villar requires additional time in order to prepare for the currently

23  scheduled change of plea hearing and to prepare for sentencing in this matter. Accordingly, the

24  parties are requesting to continue the August 26, 2024 change of plea hearing to October 7, 2024,

25  to provide sufficient time for defense preparation.

26        The requested continuance is made with the intention of conserving time and resources

27  for both the parties and the Court. The government is in agreement with this request and the

28  requested date is a mutually agreeable date for both parties. The parties stipulate that for the

1    purpose of computing time under the Speedy Trial Act, the Court should exclude time from the

2    date of this order through October 7, 2024, for defense preparation and investigation, pursuant to

3    18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice served by

4    resetting the change of plea hearing outweigh the best interest of the public and the defendant in

5    a speedy trial.

6
                                          Respectfully submitted,
7
                                          HEATHER E. WILLIAMS
8                                         Federal Defender

9    Date: August 19, 2024               */s/ Griffin Estes*
                                          GRIFFIN ESTES
10                                        Assistant Federal Defender
                                          Attorney for Defendant
11                                        JOSE DEL VILLAR

12
                                          PHILLIP A. TALBERT
13                                        United States Attorney

14   Date: August 19, 2024               */s/ Justin Gilio*
                                          JUSTIN GILIO
15                                        Assistant United States Attorney
                                          Attorney for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**O R D E R**

IT IS SO ORDERED. The change of plea hearing currently set for August 26, 2024, is

3  hereby continued to **October 7, 2024, at 8:30 a.m. in Courtroom 5 before the District Court**

4  **Judge**. The time through October 7, 2024, is excluded under the Speedy Trial Act pursuant to 18

5  U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the

6  continuance outweigh the best interest of the public and the defendant in a speedy trial.

7

8

9  IT IS SO ORDERED.

10  Dated:   **August 19, 2024**                     /s/ Barbara A. McAuliffe

11                                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Del Villar – Stipulation