AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 1:22-cr-00331-NODJ-BAM |
| | ) |
| JOSE DEL VILLAR | ) |
| _Defendant_ | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10·9·2024

_Defendant's signature_

_Signature of defendant's attorney_

Griffin Estes
_Printed name of defendant's attorney_

_Judge's signature_

James A. Soto , United States District Judge
_Judge's printed name and title_